UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

DARREN KEITH WEST                                    CASE NO. 20-10556
1490 W LAKE DRIVE                                    JUDGE BENJAMIN A. KAHN
ASHEBORO, NC  27205

    DEBTOR

SSN(1) XXX-XX-4954                                   DATE:  02/17/2021

---

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AIS PORTFOLIO SERVICES LP<br>P O BOX 4360<br>HOUSTON, TX  77210 | $8,400.00<br>INT: 5.25%<br>NAME ID: 183007<br>CLAIM #: 0006 | (V) VEHICLE-SECURED<br><br>ACCT: 3647<br>COMMENT: 13NISS ROGUE |
| AIS PORTFOLIO SERVICES LP<br>P O BOX 4360<br>HOUSTON, TX  77210 | $525.94<br>INT: .00%<br>NAME ID: 183007<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 3647<br>COMMENT: SPLIT |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $317.98<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 3558<br>COMMENT: |
| CARMAX AUTO FINANCE<br>DBA CARMAX BUSINESS SERVICES<br>225 CHASTAIN MEADOWS COURT<br>KENNESAW, GA  30144 | $3,865.67<br>INT: 5.25%<br>NAME ID: 173338<br>CLAIM #: 0005 | (V) VEHICLE-SECURED<br><br>ACCT: 8556<br>COMMENT: 13NISS ALTIMA |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $1,644.53<br>INT: .00%<br>NAME ID: 153461<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 4677<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 4954<br>COMMENT: OC |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $3,091.60<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 0850<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $0.00<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  CREDIT ONE |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10556

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,192.10<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 0136<br>COMMENT:  CREDIT ONE BANK |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $1,844.75<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 6183<br>COMMENT:  CREDIT ONE |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 4954<br>COMMENT: OC |
| PEGGY PHILLIPS WEST<br>P O BOX 452<br>MEBANE, NC  27302 | $0.00<br>INT: .00%<br>NAME ID: 182574<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| RANDOLPH CO REGISTER OF DEEDS<br>P O BOX 4458<br>ASHEBORO, NC  27204 | $52.00<br>INT: .00%<br>NAME ID: 1541<br>CLAIM #: 0016 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $0.00<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| USDA RURAL DEVELOPMENT<br>4300 GOODFELLOW BLVD<br>ST LOUIS, MO  63120 | $0.00<br>INT: .00%<br>NAME ID: 146498<br>CLAIM #: 0004 | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: DIR |
| VERIZON WIRELESS<br>P O BOX 3397<br>BLOOMINGTON, IL  61702 | $0.00<br>INT: .00%<br>NAME ID: 60018<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$20,934.57** | |
| JULIE H MORRISON ESQ<br>IVEY & EGGLESTON<br>111 WORTH ST<br>ASHEBORO, NC  27203 | $3,600.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

PAGE 3  -  CHAPTER 13 CASE NO. 20-10556

### NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  02/17/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
Attorney for Debtor - Electronic Notice